## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Case No. 21cv2040

THE KONG COMPANY, LLC, a Colorado
limited liability company,
Plaintiff,

v.

PICCARD MEDS FOR PETS CORP, a Florida
corporation, MARLON MARTINEZ, a natural
person, and JOHN DOES 1-10, individually or as
corporate/business entities,
               Defendants.

---

### ANSWER OF PICCARD MEDS FOR PETS CORP AND MARLON MARTINEZ TO COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER RELIEF FOR VIOLATIONS OF 15 U.S.C. § 1114; 15 U.S.C. § 1125; C.R.S. § 6-1-105; TORTIOUS INTERFERENCE; AND RELATED CLAIMS; AND JURY DEMAND

---

Piccard Meds For Pets Corp ("PMPC") and Marlon Martinez ("Martinez") (collectively "Defendants") by and through their attorney Michael J. Davis of Davis Murray Law LLC does hereby file their Answer and Affirmative Defenses to Plaintiff The Kong Company, LLC, Complaint and in support thereof states as follows:

### PARTIES

1.     Defendants are without sufficient knowledge and information to admit or deny the allegations contained in this paragraph of Plaintiffs' Complaint.

2.     Admitted that Piccard Meds 4 Pets Corp ("Piccard Meds Corp") is a corporation organized under the laws of Florida. Admit that according to corporate documents filed with Florida Department of State, the principal place of business of Piccard Meds Corp is located at 5521 Blanding Blvd., Jacksonville, FL 32244.  The remainder of the paragraph is admitted.

3.     Admitted that Martinez is a natural person who resides at 1405 Edgewood Ave S, Jacksonville, FL 32205.  Denied that Martinez operates or assists in the operation of the Amazon Storefront, eBay Storefront, Walmart Storefront, and the Piccard's Pets Website.  Denied that Martinez does business throughout the United States through the Amazon Storefront, eBay Storefront, Walmart Storefront, and the Piccard's Pets Website.

4.     Admitted.

5.     Defendants state that the pleading in this matter speak for itself and denies any allegations inconsistent therewith.

6.     Defendants state that the pleading in this matter speak for itself and denies any allegations inconsistent therewith. Denied that Martinez in his individual capacity assists in the operation of and sales of products through these storefronts and websites. Denied that the activities are infringing. Admitted that PCMP assists in the operation of and sales of products through these storefronts and websites.

7.     Denied.

8.     Denied.

9.     Defendants state that the pleading in this matter speaks for itself and denies any allegations inconsistent therewith.

## JURISDICTION

10.     This allegation calls for a legal conclusion, so no response is required and Defendants denies the allegations to the extent they are inconsistent with Colorado or Federal law.

11.     Admitted that this Court has personal jurisdiction over Defendants because they have activities in  the State of Colorado and have established sufficient minimum contacts with

Colorado. Denied that have conducted expressly aimed tortious advertising or sold infringing products. Admitted that PCMP sells products bearing KONG's trademarks to consumers within Colorado through its websites in the regular course of business Denied that this is with knowledge that KONG is located in Colorado and denied that Kong is harmed in Colorado as a result of Defendants' sales. Denied that the sales are of infringing products. Admitted that Defendants know that KONG is located in Colorado because they received cease-and-desist letters that identified KONG as a limited liability company located in Colorado and notified Defendants of such. Denied that their unlawful actions are harming KONG in Colorado. Defendants have insufficient information as to whether KONG's claims arise out of Defendants' sales. Denied that the sales are of infringing products bearing KONG's trademarks to Colorado residents through the regular course of business.

VENUE

12.     This paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado or Federal Law.

## FACTUAL ALLEGATIONS
### KONG and Its Trademarks

13.     Admitted that KONG manufactures and distributes high-quality pet products including durable rubber toys, grooming supplies, and treats for dogs and cats. Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

14.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

15.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

16.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

17.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

18.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

19.     This paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado or Federal Law.

20.     This paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado or Federal Law.

21.     Defendants are without sufficient knowledge and information to admit or deny the remaining allegations contained in this paragraph.

22.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

23.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

24.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

25.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

26.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

27.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

28.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

29.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

30.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

31.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

32.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

33.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

34.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

35.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

36.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

37.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

38.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

39.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

40.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

41.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

42.     For all of these reasons, a vast number of consumers purchase products on online marketplaces without recognizing that they purchased from an unauthorized seller that does not (and cannot) follow the manufacturer's quality controls.

43.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

44.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

45.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

46.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

47.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

48.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

49.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

50.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

51.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

52.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

53.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

54.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

55.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

56.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

57.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

58.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

59.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

60.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

61.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

62.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

63.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

64.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

65.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

66.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

67.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

68.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

69.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

70.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

71.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

72.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

73.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

74.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

75.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

76.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

77.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

78.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

79.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

80.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

81.      Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

82.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

83.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

84.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

85.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

86.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

87.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

88.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

89.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

90.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

91.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

92.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

93.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

94.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

95.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

96.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

97.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

98.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

99.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

100.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

101.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

102.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

103.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

104.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

105.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

106.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

107.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

108.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

109.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

110.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

111.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

112.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

113.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

114.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

115.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

116.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

117.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

118.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

119.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

120.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

121.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

122.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

123.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

124.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

125.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

126.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

127.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

128.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

129.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

130.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

131.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

132.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

133.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

134.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

135.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

136.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

137.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

138.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

139.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

140.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

141.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

142.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

143.     Denied.

144.     Admitted.

145.     Admitted.

146.     Admitted

147.     Admitted

148.     Admitted.

149.     Admitted that since October 17, 2019, Martinez has not been an Authorized Seller of KONG products and denied that he has operated outside of KONG's quality controls.

150.     Denied.

151.     Admitted.

152.     Admitted.

153.    Admitted.

154.    Admitted.

155.    Admitted that Defendants briefly ceased their sales of products bearing the KONG Trademarks following the March 23, 2021 telephone conference, Defendants resumed their sales on or around April 10, 2021.  Admitted that Defendants returned to their pattern of temporarily delisting products bearing the KONG products from their websites and online storefronts only to resume listing them again a short time later. Denied that this was an apparent attempts to avoid KONG's detection.

156.    Admitted.

157.    Admitted.

158.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof. The use of the terms "high volume of infringing products bearing the KONG Trademarks through their Amazon Storefront" has no meaning or definition. The remainder of this paragraph is denied.

159.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

160.    Admitted.

161.    Admitted.

162.    Denied.

163.    Denied.

164.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

165.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

166.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

167.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

168.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

169.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

170.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

171.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

172.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

173.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

174.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

175.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

176.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

177.    Admitted because Defendants are not authorized sellers

178.    Denied.

179.    Denied that Defendants also do not comply with KONG's quality-control requirements—and interfere with KONG's quality controls. Admitted that Defendants have not disclosed to KONG where they acquire products that bear the KONG Trademarks and have not given KONG the right to audit and inspect their facilities and records.   Denied that  KONG cannot determine if any products Defendants are selling or have sold are subject to a recall or consumer-safety information effort, and it also cannot obtain Defendants' assistance with any recall or consumer-safety information efforts that may arise related to any products they are selling or have sold in the past.

180.    Denied.

181.    Denied.

182.    Denied.

183.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Denied that Defendants have not agreed to comply with KONG's quality-control requirements. Admitted that Defendant does not comply with Kong's audit procedures. Defendants are without sufficient information with which to admit or deny the allegations

contained in this Paragraph as to whether KONG has no way to confirm that Defendants take appropriate steps to address negative reviews from customers.  Admitted that Defendants do not cooperate with KONG in investigating negative product reviews as Authorized Sellers are required to do because they are not an authorized Seller. .

188.    Denied.

189.    Denied.

190.    Denied.

191.    Denied..

192.    Denied.

193.    Denied.

194.    Denied that the premise stated as facts are such. Admitted that Defendants have sold, and continue to sell, products bearing the KONG Trademarks without KONG's consent.

195.    Admitted that genuine KONG toy or treat products that are purchased from Authorized Sellers come with KONG's Satisfaction Guarantee.   Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

196.    Denied.

197.    Denied.

198.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

199.    Denied.

200.    Admitted.

201.    Denied.

202.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

203.     Admitted that Defendants are not Authorized Sellers, and that they have sold a products bearing the KONG Trademarks through their Amazon Storefront, eBay Storefront, Walmart Storefront, and the Piccard's Pets Website. Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph as to what is high volume and therefore denies the same and demands proof thereof.

204.     Admitted.

205.     Admitted that Defendants have purchased products from KONG's Authorized Sellers for the purpose of reselling the products on the Internet without KONG's approval, denied that the sales are with full knowledge that such behavior would unlawfully infringe upon the KONG Trademarks.

206.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

207.     Admitted.

208.     Admitted.

209.     Admitted.

210.     Denied.

211.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

212.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

213.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

214.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

215.     Denied.

216.     Denied.

217.     Denied.

## FIRST CAUSE OF ACTION Trademark Infringement
### 15 U.S.C. §§ 1114 and 1125(a)(1)(A)

218.   Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

219.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

220.     This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

221.     This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

222.     Admitted.

223.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

224.     Denied.

225.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

226.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

227.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

228.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

229.     Denied.

230.     Denied.

231.     Defendants' unauthorized sale of products bearing the KONG Trademarks interferes with KONG's quality controls and ability to exercise quality control over products bearing the KONG Trademarks.

232.     Denied.

233.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

234.     Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

235.     Denied.

236.     Denied.

237.     Denied.

238.     Denied.

239.     Denied.

## SECOND CAUSE OF ACTION Unfair Competition
## 15 U.S.C. § 1125(a)(1)(A)

240. Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

241. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

242. Admitted.

243. Denied.

244. Admitted.

245. Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

246. Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied.

253. Denied.

254 Denied.

255. Denied.

256. Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

257. Denied.

258. Denied.

259. Denied.

## THIRD CAUSE OF ACTION False Advertising
## 15 U.S.C. § 1125(a)(1)(B)

260. Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

261. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

262. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

263. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

264. Admitted that through their Amazon Storefront, Defendants have willfully and knowingly used, and continue to use, the KONG Trademarks in interstate commerce for purposes of advertising, promoting, and selling products bearing the KONG Trademarks. Denied that it is without KONG's consent.

265. Admitted that Defendants' advertisements and promotions of their products using the KONG Trademarks have been disseminated to the relevant purchasing public, denied that it is unlawful.

266. Admitted.

267. Denied that KONG cannot oversee or take action to correct the quality of its products sold by unauthorized sellers. Denied that the products Defendants sell bearing the KONG Trademarks do not come with the Satisfaction Guarantee. Defendants are without

sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

268.    Denied that Defendants falsely advertise that the products they sell bearing the KONG Trademarks come with the Satisfaction Guarantee.  Admitted that the product listings on which Defendants sell products bearing the KONG Trademarks specifically state that they come with the Satisfaction Guarantee.

269.    Denied.

270.    Denied.

271.    Denied.

272.    Denied.

273.    Denied.

## FOURTH CAUSE OF ACTION Trademark Dilution

## 15 U.S.C. § 1125(c)

274.    Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

275.    Defendants are without sufficient information with which to admit or deny the allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

276.    Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

277.    This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

278.     This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

279.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

280.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

281.     Admitted.

282.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

283.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

284.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

285.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

286.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

287.     Denied.

288.     Denied.

289.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

290.     Denied.

291.     Denied.

292.     Denied.

293.     Denied.

294.     Denied.


## FIFTH CAUSE OF ACTION
### Common Law Trademark Infringement and Unfair Competition

295.     Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

296.     This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

297.     This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

298.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

299.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

300.     Admitted that Defendants willfully and knowingly used, and continue to use, the KONG Trademarks in commerce for purposes of selling products bearing the KONG Trademarks in Colorado, and denied that it is without KONG's consent.

301.     Denied.

302.     Denied.

303.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

304.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

305.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

306.     Denied.

307.     Denied.

308.     Denied.

309. Denied.

310. Denied.

311. Denied.

312. Denied.

313. Denied.

314. Denied.

315. Denied.

316. Denied.

317. Denied.

<u>**SIXTH CAUSE OF ACTION**</u>
<u>**Deceptive Trade Practices C.R.S. § 6-1-105**</u>

318. Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

319. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

320. This Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

321. Admitted that Defendants willfully and knowingly used, and continue to use, the KONG Trademarks in interstate commerce, including through their product listings on Amazon, for the purpose of advertising, promoting, and selling products bearing the KONG Trademarks, and denied that it is without the consent of KONG.

322. Admitted that Defendants' advertisements and promotions of products using the KONG Trademarks have been disseminated to the relevant purchasing public denied that it is unlawful.

323. Denied.

324. Denied.

325. Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

326. Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

327. Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

328. Denied.

329. Denied.

330. Denied.

331. Denied.

332. Denied.

333. Denied.

334. Denied.

335. Denied.

336. Denied.

337. Denied.

338. Denied.

339. Denied.

340.     Denied.

## SEVENTH CAUSE OF ACTION
## Intentional Interference with Existing and/or Prospective Contract and Business Relations

341.     Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

342.     Admitted.

343.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

344.     Admitted that Defendants have sold and continue to sell products bearing the KONG Trademarks through their Amazon Storefront, eBay Storefront, Walmart Storefront, and the Piccard's Pets Website Defendants are without sufficient information with which to admit or deny the allegation that this is a high volume contained in this Paragraph and therefore denies the same and demands proof thereof.

.345.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

346.     Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

347.     Admitted.

348.     Denied.

349.     Denied.

350.    Denied.

351.    Admitted that Defendants have refused to disclose how they have obtained the products bearing the KONG Trademarks they have resold.  The remainder of this Paragraph calls for a legal conclusion, so no response is required. Defendants deny the allegations to the extent they are inconsistent with Colorado and Federal law.

352.    Denied.

353.    Denied.

354.    Denied.

## EIGHTH CAUSE OF ACTION
### Breach of Contract

355.    Defendants incorporate their responses to Plaintiff's allegations set forth in the foregoing paragraphs.

356.    Denied.

357.    Defendants are without sufficient information with which to admit or deny the remaining allegations contained in this Paragraph and therefore denies the same and demands proof thereof.

358.    Denied.

359.    Denied.

360.    Denied.

361.    Denied.

362.    Denied.

## AFFIRMATIVE DEFENSES

Defendant further asserts the following affirmative defenses on information and belief:

1.     The damages, if any, for which Plaintiff seeks relief were proximately caused in whole or in part by Plaintiff's own negligent or willful acts or omissions and Defendant are in no way responsible for such acts, omissions, or failures.

2.     Without admitting any allegations of the Complaint, Defendants allege that the Plaintiff was capable of mitigating damages but failed to do so.

3.     Plaintiff has engaged in conduct and actions and/or entered into agreement(s) sufficient to estop it from bringing the causes of action asserted against Defendants.

4.     Plaintiff released Defendants from any liability for damages arising out of the events alleged in the complaint herein, which damages are hereby denied, thereby barring and/or precluding Plaintiff from any recovery from Defendants.

5.     Plaintiff would be unjustly enriched if it recovered from these answering Defendants any of the damages alleged in the complaint.

6.     Plaintiff's purported claims against Defendants are barred by the doctrine of unclean hands.

7.     Without admitting any allegations of the Complaint, Defendants allege that any failure of Defendant to perform their obligations under the contract described in the Complaint resulted from the Plaintiff's failure to perform as required by the terms of the contract sued on, and that performance on the Plaintiff's part of this obligation was a condition precedent to, or concurrent condition with, the performance of Defendant's obligation.

8.     Defendants allege as an affirmative defense that to the extent the Plaintiff has suffered any damages, such damages were proximately and directly caused or contributed to by

the failure of the Plaintiff to act diligently and with reasonable care for their own interests. As such, the damages, if any, suffered by the Plaintiff should be diminished in proportion to the amount of fault attributable to their conduct.

9.      The answering Defendants, at all times, acted in good faith and did not, directly or indirectly, know, induce, or in any way participate in any wrongful act or acts as alleged in the Complaint.

10.     Plaintiff did not rely on any representations made by Defendants in undertaking any of the conduct alleged in the Complaint, and if there was any such reliance, then said reliance was unjustified or unreasonable.

11.     Without admitting any allegations of the Complaint, Defendants allege that Plaintiff's action were automatically barred pursuant to Plaintiff's own breach of terms and conditions of the contract.

12.     Without admitting any allegations of the Complaint, Defendants allege that if the Plaintiff was damaged in the manner set forth in the Complaint, Plaintiff's injuries were caused solely by the action of some other third parties other than Defendant.

13.     Without admitting any allegations of the Complaint, Defendants allege that Plaintiff has ratified and confirmed the acts and omissions of which they now complain, and Plaintiff is therefore not entitled to the relief prayed for or for any relief whatsoever.

14.     Without admitting any allegations of the Complaint, Defendants allege that Plaintiff's Complaint, and all claims therein, are barred by the modification of the alleged agreements.

15.     Defendants reserve the right to amend this Answer as additional facts are discovered.

DATED:      September 7, 2021

> By: \s\ Michael J. Davis
> ATTORNEYS FOR DEFENDANTS:
> Michael J. Davis #44287
> Davis Murray Law LLC
> 1001 Bannock Street, St. 133
> Denver, Co. 80204
> 720-361-6036
> Fax : 720-368-5262
> Email: mdavis@mjdavislaw.com

## CERTIFICATE OF SERVICE

I, Michael Davis, certify that a true and accurate copy of the preceding was served by

the ECF filing system, email, and first-class mail on September 7, 2021, to:

Martha L. Fitzgerald
BROWNSTEIN HYATT FABER SCHRECK, LLP
410 Seventeenth Street, Suite 200
Denver, CO 80202-4432
Telephone:  (303) 223-1472
Email:   mfitzgerald@bhfs.com

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Daniel C. Wucherer (Ohio Bar No. 0097210)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone:  (614) 464-6360
Email:  wdklossjr@vorys.com dcwucherer@vorys.com
Counsel for Plaintiff The Kong Company, LLC

_/s/ Michael J. Davis