**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Case No. 21cv2040

THE KONG COMPANY, LLC, a Colorado limited liability company,

        Plaintiff, v.

PICCARD MEDS FOR PETS CORP, a Florida corporation, MARLON MARTINEZ, a natural person, and JOHN DOES 1-10, individually or as corporate/business entities,

        Defendants.

---

**NOTICE OF FILING OF DEFENDANTS INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)**

---

Pursuant to Federal Rule of Civil Procedure 26(a)(1) Defendants Piccard Meds for Pets Corp, a Florida Corporation and Marlon Martinez, by and through their undersigned counsel, served the Defendants' Initial Disclosures to the following individuals via email on October 28, 2021:

Martha L. Fitzgerald
BROWNSTEIN HYATT FABER SCHRECK, LLP
410 Seventeenth Street, Suite 200
Denver, CO 80202-4432
Telephone: (303) 223-1472
Email: mfitzgerald@bhfs.com

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Daniel C. Wucherer (Ohio Bar No. 0097210)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6360
Email: wdklossjr@vorys.com dcwucherer@vorys.com

1

Respectfully submitted this 28th day of October, 2021.

/s/ *Michael J. Davis*
Attorneys for Defendants:
Michael J. Davis
Davis Murray Law, LLC
1001 Bannock Street, Ste. 133
Denver, CO 80204
720-361-6036
Fax : 720-368-5262
Email: mdavis@davismurraylaw.com