# THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-2040-NRN

THE KONG COMPANY, LLC, a Colorado limited liability

    company, Plaintiff,

v.

PICCARD MEDS FOR PETS CORP, a Florida
corporation, MARLON MARTINEZ, a natural person,
and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

## AFFIDAVIT OF MARLON MARTINEZ, PRESIDENT OF PICCARD MEDS FOR PETS CORP. IN SUPPORT OF DEFENDANTS RESPONSE

I, Marlon Martinez, President of Piccard Meds for Pets Corp. do hereby swear and affirm on behalf of Piccard Meds 4 Pets Corporation as follows:

1. I am the owner founder and CEO for Piccard Meds 4 Pets Corp and I have personal knowledge of the case in question and how KONG and their representative's actions functioned. At all times in any conversation with Kong, I functioned in my corporate capacity and not individually.

2. Piccard Meds 4 Pets was started as a part time business back in 2006 when I was still working at City of Jacksonville Animal Control Emergency care as a Veterinarian tech. In 2011, Piccard Meds 4 Pets Corp was incorporated in Florida and had two employees. It has now grown to 14 employees and from 150k sales in its first year to just over 7 million last year. We have acquired 99.5% ratings and over 17k positive reviews on ebay, 4.6 stars on Goggle, and the top ranking on Amazon       See exhibit A.

3. Piccard began selling Kong Products in our retail location in Jacksonville store and online in 2013. We gradually added more of their products, after we met Manny Becerra from the Gralen Co. who introduced us to many new products.

4. On around June of 2017 we received a letter from Lyndsey Erb, the Ecommerce Manager for Kong who requested information on Piccard Meds 4 Pets including who they were, where we were selling and where we were buying the Kong product. See Exhibit B. Lynsey and Dan Overbeck explained they had been having a series of counterfeit issues with China fakes and they wanted to verify who their sellers were and where the product was coming from. We complied and they agreed that we could sell Kong products. They also wanted to update image changes, correct titles, and update pricing. We complied with their request and they approved the changes. See Exhibit C.
5. KONG's assertion that they only discovered in 2019 that Piccard was selling their products on Amazon is false as I was authorized and selling their product on 3rd party websites since 2013 and as an authorized seller since 2017.
6. In April 2018 we contacted KONG once more to make certain we were all good with new enforced MAP pricing or any other issues. At that time, Lyndsey Erb was no longer with the company and Miss Lindsay Rich replied to me that I had a "…fantastic online store…" and that Piccard was "…an authorized reseller of KONG products…". Exhibit D.
7. In February 2019, Piccard received a Violation for incorrect MAP pricing on Amazon. This was resolved and we kept on selling.
8. That same month Piccard was contacted again, and informed that we needed to remove all our listings other than my site which was a total reversal of their policy up to this point.
9. I, on behalf of Piccard, agreed with their sell through agreement, but their lack of cause for doing this indicated to me they were not interested in me selling on third party sites. Because our sales plummeted causing loss of sales, I had to let employees go. I pleaded with them and sent them proof on how this would affect Piccard sales, and that we would lose employees. See Exhibit F. KONG never replied.
10. As Kong continued to enforce the sell through agreement, we had thousands of dollars of Kong inventory we couldn't sell and couldn't get credit for, so Piccard continued to sell by listing periodically on Amazon and other websites to try and move the inventory respecting my original agreement from 2017 with Linsey Erb and Dan Overbeck.

11. We have only sold original, new KONG products, have complied with a stringent return policy and offered the same warranty and guarantees as KONG because we were selling original new KONG products.

12. Piccard has always worked with passion and respect to to adhere to all KONG rules as stated on our original 2017 agreement and would like to continue to do so. KONG hasn't been interested in this since 2019 for some reason when their policy changed from my approval as an authorized reseller that occurred in 2017.

13. Kong continues to allow certain resellers to sell on Amazon and was at the time I signed the Sell Through Agreement. See Ex. G. Because I was aware that they were allowing some resellers to list on Amazon, I realized they never intended to allow Piccard to sell on 3rd party websites.

Further affiant Sayeth naught.

_____
Marlon Martinez
President, Piccard Meds 4 Pets Corp.

Subscribed and sworn to before me
this 27 day of Dec 2021.

_____
Notary Public

MICHAEL J. DAVIS
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20204018844
My Commission Expires May 29, 2024