**Exhibit A001**

# PICCARD MEDS 4 PETS CORP

★★★★★ 4.83 (1,558 ratings)

[Visit Storefront on Amazon >]

Need Help? Contact Seller

**About**  Products  FAQs

## About the Amazon seller

PICCARD MEDS 4 PETS CORP is an amazon top seller. PICCARD MEDS 4 PETS CORP has an impressive rating of 4.83 stars from more than one thousand customers, indicating that most consumers are very satisfied with the products they purchased from this store.

They mainly sell pet supplies, health & household, beauty & personal care, office products products under the brands of FELIWAY, Vet's Best, Seresto, Greenies, Bayer Animal Health. At present, they offer over one thousand products for sale, which are shipped from FL, United States. The average price of all the products in PICCARD MEDS 4 PETS CORP is roughly $25.

They are a Top 5000 amazon.com seller, and currently ranked 2442nd overall. They have improved from the 2781st position last month. The ranking of the list is based on the number of feedbacks received over the past year, while taking into account the reduction of negative ratings.

**Marketplace**

● Amazon.com (US)

**Seller Country**

🇺🇸 United States

\* When you click on links to amazon seller page of PICCARD MEDS 4 PETS CORP and make a purchase, this can result in this site earning a commission. This does not affect your purchases or the price you may pay. Of course, you can browse the profile page for more details about the seller, contact phone number, store address and email address. If you can't find a way to contact them, please refer to this tutorial on how to contact amazon sellers.

## Feedback profile


eBay MONEY BACK GUARANTEE



piccardmeds4pets (130995 ★) 

**Positive Feedback (last 12 months): 99.5%**

Member since: Sep-26-06 in United States

**Member Quick Links**

Contact member

Report a buyer

View seller dashboard

View items for sale

View seller's Store

**Your purchase awaiting feedback**

**Exhibit A003**

# Piccardmeds4pets Corporation

5521 Blanding Blvd, Jacksonville, FL

Get more reviews

4.6 ★★★★★ 51 reviews

**People often mention**

All | delivery 6 | prices 5 | shipping 4 | family 3

**Sort by**

Most relevant | Newest | Highest | Lowest

---

**Tina Vojtko**
1 review

★★★★★ 49 minutes ago  NEW

After receiving a call from customer service, they promptly rectified the problem and were able to immediately send out my order. Very accommodating and kind to deal with. Will order again

👍 Like

**Response from the owner** 35 minutes ago
Glad we were able to take care of you order Thanks in for entrusting us with care of your Pet and many Thanks for supporting small business Happy Holidays. :)