# Michael Davis

| | |
|---|---|
| **From:** | KONG Authorization <Authorization@kongcompany.com> |
| **Sent:** | Thursday, June 8, 2017 10:55 AM |
| **To:** | Marlon Martinez; KONG Authorization |
| **Cc:** | Iviz Diaz |
| **Subject:** | RE: KONG Online Authorized Program |

Hey Marlon,

Thanks for the quick response! Also – thanks for wanting to be a part of the Online Authorized Program (OAP)
If you go to check the link that is in the letter sent out – all photos that need to be updated are saved in there. There is a section with instructions that will show you/explain how the photos need to be set up in a particular hierarchy. In addition you will find a folder with KONG content. The items listed in there are all the items that need to have copy/bullet points updated.
Please ensure that in any other product you are selling that may not be on that list, KONG is in all caps as well.

Let me know if you have any other questions I can help with.
Thanks

Lyndsey Erb
Sales Manager, Ecommerce



16191 Table Mountain Parkway
Golden, CO 80403
www.kongcompany.com
Pet Mom to Pete, Luna and Myla

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Thursday, June 8, 2017 10:49 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Cc:** Iviz Diaz <Idiaz@piccardmeds4pets.com>
**Subject:** RE: KONG Online Authorized Program

Dear Linsey:

We have received communications form KONG and we want to make sure were in compliance, I know our team here has updated and checked any pricing for errors, to make sure we understand all we now is to update our photos, is this correct?

We have been selling Kong for a long time five years to be exact and will like to have everything in compliance as requested

Any questions

Please email me

Thanks again

Marlon for Piccardmeds4pets

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Thursday, June 08, 2017 12:37 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>
**Subject:** KONG Online Authorized Program
**Importance:** High

Dear Piccardmeds4ets Corp,

Attached is your letter for the next step of the KONG Online Authorized Program. This starts the beginning of your opportunity to make the adjustments needed.
The adjustments that need to be made are as follows: we need your eBay storefront URL, all content/photos and MAPP needs to be updated.
Our team will be checking your information by the next week to ensure the proper next steps have been taken. If you have any additional questions please feel free to respond.

Thank you,
KONG Company



16191 Table Mountain Parkway
Golden, CO 80403
Authorization@kongcompany.com