FW: KONG Online Authorized Program Piccardmeds4pets The Grand exhibit

## Marlon Martinez <marlon@piccardmeds4pets.com>
Thu 12/2/2021 12:09 PM

To: Sara Martinez <Sarag@piccardmeds4pets.com>

Mrs Lindsay Rich in fact confirming that I was an authorized Seller! in no way or form states I was not allowed to sell only on my site or retail store exclusively as we have done everything to their specifications the prior year with Mrs Lindsey Erb to sell everywhere Retail and Amazon Ebay etc.. no restrictions

---

**From:** Marlon Martinez
**Sent:** Monday, June 11, 2018 8:31 AM
**To:** Diana Costas <dcostas@centralpet.com>
**Subject:** FW: KONG Online Authorized Program Piccardmeds4pets

---

**From:** Lindsay Rich <Lindsay.Rich@kongcompany.com>
**Sent:** Tuesday, April 17, 2018 2:42 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>; KONG Authorization <Authorization@kongcompany.com>
**Cc:** KONG Minimum Advertised Pricing <Map@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hi Marlon,

Thanks for reaching out. Great news you are an authorized reseller of KONG products, which requires no additional information from you. I see you have a fantastic online store front that is selling our products, we will continue providing you enhanced digital content to help support your e-commerce business.
I have attached our "Authorized Reseller Policy" and "Minimum Advertised Price Policy". After reviewing this information if you have any questions at all please let us know and are happy to discuss.

Thank you for your support and partnership with KONG, we are looking forward to successful 2018.

Take Care,

Lindsay Rich
e-Commerce Sales Manager



16191 Table Mountain Parkway
Golden, CO 80403
303.216.2626  main
303.884.2128  direct

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Monday, April 16, 2018 8:07 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Cc:** KONG Minimum Advertised Pricing <Map@kongcompany.com>
**Subject:** FW: KONG Online Authorized Program

Good morning

Just wanted to ensured we are all set with new rules effective 04/16/2018, we had submitted our authorized retailer last year with Lyndsey Erb.

Thanks in advance.

Sincerely,

Marlon Martinez Vet Tech CEO
Piccardmeds4pets Corp.
"Almost everything for your Pets"
Phone 904-410-0214 Ext 102
Mobile 305-360-3856
Toll free 800-391-1730



---

**From:** Marlon Martinez
**Sent:** Monday, June 12, 2017 2:52 PM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Ok Thanks

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Monday, June 12, 2017 11:22 AM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>; KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hey Marlon,

Thanks for the email! I apologize but while we are working to get the OAP off the ground these emails will continue to go out. Since you have already signed up, please disregard.

Thanks

Lyndsey Erb
Sales Manager, Ecommerce



16191 Table Mountain Parkway
Golden, CO 80403
www.kongcompany.com
Pet Mom to Pete, Luna and Myla

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Monday, June 12, 2017 9:16 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hi there

Good morning

We keep getting notification on Amazon, is there anything else we need to do pics, descriptions and MAP all been observed as requested

Please let me know if we need to do anything else

Thanks

---

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Thursday, June 08, 2017 2:52 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>; KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hey Marlon – I would take the spread out of it. With you having a variety I think it will be okay to keep the same and update the information

Lyndsey Erb
Sales Manager, Ecommerce



16191 Table Mountain Parkway
Golden, CO 80403
720-389-3153 – Direct
303-216-2627 - Fax
www.kongcompany.com
Pet Mom to Pete, Luna and Myla

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Thursday, June 8, 2017 11:49 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

One of my girls asked a question about a consumable is variance listing all together

Can we leave it as such just update descriptions?

See link  http://www.ebay.com/itm/121575136304

---

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Thursday, June 08, 2017 1:18 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>; KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hey Marlon,

Right now you would just need to focus on the items that do have photos in the dropbox. This is for the classic, Extreme and puppy.
Thanks for clarifying!

Lyndsey Erb
Sales Manager, Ecommerce



16191 Table Mountain Parkway
Golden, CO 80403
www.kongcompany.com

Pet Mom to Pete, Luna and Myla

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Thursday, June 8, 2017 11:16 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Subject:** RE: KONG Online Authorized Program

Hi again

So is not all KONG products the,  not seeing airdog for example, wanted to be sure, giving out instructions on how to fix the listings

---

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Thursday, June 08, 2017 12:55 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>; KONG Authorization <Authorization@kongcompany.com>
**Cc:** Iviz Diaz <Idiaz@piccardmeds4pets.com>
**Subject:** RE: KONG Online Authorized Program

Hey Marlon,

Thanks for the quick response! Also – thanks for wanting to be a part of the Online Authorized Program (OAP)
If you go to check the link that is in the letter sent out – all photos that need to be updated are saved in there. There is a section with instructions that will show you/explain how the photos need to be set up in a particular hierarchy. In addition you will find a folder with KONG content. The items listed in there are all the items that need to have copy/bullet points updated.
Please ensure that in any other product you are selling that may not be on that list, KONG is in all caps as well.

Let me know if you have any other questions I can help with.
Thanks

Lyndsey Erb
Sales Manager, Ecommerce



16191 Table Mountain Parkway
Golden, CO 80403
www.kongcompany.com
Pet Mom to Pete, Luna and Myla

---

**From:** Marlon Martinez [mailto:marlon@piccardmeds4pets.com]
**Sent:** Thursday, June 8, 2017 10:49 AM
**To:** KONG Authorization <Authorization@kongcompany.com>
**Cc:** Iviz Diaz <Idiaz@piccardmeds4pets.com>
**Subject:** RE: KONG Online Authorized Program

Dear Linsey:

We have received communications form KONG and we want to make sure were in compliance, I know our team here has updated and checked any pricing for errors, to make sure we understand all we now is to update our photos, is this correct?

We have been selling Kong for a long time five years to be exact and will like to have everything in compliance as requested

Any questions

Please email me

Thanks again

Marlon for Piccardmeds4pets

---

**From:** KONG Authorization [mailto:Authorization@kongcompany.com]
**Sent:** Thursday, June 08, 2017 12:37 PM
**To:** Marlon Martinez <marlon@piccardmeds4pets.com>
**Subject:** KONG Online Authorized Program
**Importance:** High

Dear Piccardmeds4ets Corp,

Attached is your letter for the next step of the KONG Online Authorized Program. This starts the beginning of your opportunity to make the adjustments needed.
The adjustments that need to be made are as follows: we need your eBay storefront URL, all content/photos and MAPP needs to be updated.
Our team will be checking your information by the next week to ensure the proper next steps have been taken. If you have any additional questions please feel free to respond.

Thank you,
KONG Company



16191 Table Mountain Parkway
Golden, CO 80403
Authorization@kongcompany.com