# FW: Piccardmeds4pets - KONG Image Access

 Marlon Martinez
To Sara Martinez

 Reply   Reply All   Forward  

Thu 12/2/2021 4:52 PM

 KONG sales last 30 days .xlsx
19 KB

---

**From:** Marlon Martinez <marlon@piccardmeds4pets.com>
**Sent:** Friday, February 22, 2019 3:02 PM
**To:** Lindsay Rich
**Subject:** FW: KONG Online Authorized Program Piccardmeds4pets Corp

Hi Lindsay,

We received the email below just now, about not been approved to sell on Amazon, can we please get this corrected, whatever we need to do to make this happen, we sell over 15k in KONG if not more, I can personally guaranteed MAP will never be violated again were on top of this, the MAP game has been lesson for a lot us, but here for the long run have over 28 vendors with MAP and we enforce everyone of them, problems we had is the past weeks was a tweaking our repricer and this has now been fixed.

Please let me know,


Sincerely,

Marlon Martinez CVT CEO
Piccardmeds4pets Corp.
5521 Blanding Blvd Jax, Florida 32244.
"Almost everything for your Pets"
Mobile 305-360-3856
Office 904-410-0214
Text & Fax 904-773-4869
Toll free 800-391-1730



All folders are up to date.   Connected to: Microsoft Exchange