| | Deliver to Michael Denver 80204 | All ▾ | | Hello, Springer Account & Lists ▾ | Returns & Orders | 0 |
|---|---|---|---|---|---|---|

All    Buy Again    Pharmacy    Springer's Amazon.com    Coupons    Health & Household    Outdoor Recreation    Find a Gift    Thank you gift cards

# BrandHere

BrandHere storefront

**92% positive** in the last 12 months (2084 ratings)

BrandHere is committed to providing each customer with the highest standard of customer service.

**Have a question for BrandHere?**

Ask a question

## Detailed Seller Information

**Business Name:** Sierra Fashions LLC
**Business Address:**
   901 Penhorn Ave
   Unit 5
   Secaucus
   NJ
   07094
   US

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

"*My babies love this in their kongs they go nuts.*"

By Bell65 on December 27, 2021.

"*This is a great deal on printer ink! Saved me a lot of money… And it's great quality!*"

By melinda gardner on December 27, 2021.

"*Kong products are the best IF you have an aggressive chewers. But make sure to read directions on all Kong toys-some are to be put away after playtime with your...*"

Read more

By Linda Richards on December 27, 2021.

"*Came fast and secure - thank you!*"

By D McC on December 27, 2021.

"*item as described, arrived early, my dogs favorite toy. We go thru 4 / year. But he loves them!*"

By Natalie on December 27, 2021.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 92% | 91% | 92% | 93% |
| Neutral | 3% | 2% | 2% | 2% |
| Negative | 5% | 7% | 5% | 6% |
| Count | 366 | 800 | 2,084 | 4,877 |

Previous    Next

Leave seller feedback    Tell us what you think about this page

**More items to explore**







| SHEEX Original Performance Sheet Set with 2 Pillowcases, Soft, Cooling Sheets, Graphite, King/Califor… | Dyson V11 Pro Cordless Handheld Stick Vacuum, Including 3 Original Attachment Tools, 2 Original Batteries, 2… | Dyson V11 Outsize Cordless Vacuum Cleaner, Nickel/Red | Ukeler Laundry Room Rug, Laundry Room Floor Rug for Wash Room Non Skid Kitchen Floor Mat Non-Slip Rubber Area Rug 20x48 | OLIGHT Warrior Lumens Dual Sw Tactical Flashligh Powered by 500 Battery, MCC3… |
|---|---|---|---|---|
| 2,665 | 21 | 10,524 | 2,289 | 24 |
| $198.75 | $699.99 | $799.99 | $39.99 | $119.95 |
| Overnight by 11:00 AM | FREE Delivery | FREE Delivery | | FREE Deliv |

## More items to explore







| Latin Percussion LP234A Standard Afuche Cabasa | DW 2000 Double Bass Pedal | Pearl P932 Longboard Double Bass Drum Pedal with Sprocketless Chain Drive, Powershifter Pedalboard, and Dual Interchangeable Cams. | Jumbie Jam Authentic Steel Drum Kit Chrome Finish with Tube Floor Stand | Meinl Pickup Sla Cajon Box Drum Internal Snares a Forward Projecti Sound Ports - N MADE IN CHINA |
|---|---|---|---|---|
| 209 | 104 | 736 | 52 | 103 |
| Amazon's Choice in Cabasas | $239.99 | $285.00 | Amazon's Choice in Steel Drums | 1 offer from $17 |
| $44.99 | | | $274.95 | |
| FREE Delivery | | | FREE Delivery | |

## Your Browsing History  View or edit your browsing history








Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | | Amazon Business Line of Credit | |

| | | | |
|---|---|---|---|
| Investor Relations | Start a package delivery business | Shop with Points | Amazon Prime |
| Amazon Devices | | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

KONG - Goodie Bone - Durable Rubber Chew Bone, Tre...

★★★★☆ 9,887 ratings

**New**

$10⁹⁹

FREE delivery ⌄ on orders over $25.00 shipped by Amazon.

Add to Cart

| | |
|---|---|
| Ships from | Amazon.com |
| Sold by | BrandHere |
| | ★★★★☆ (4727 ratings) |
| | 92% positive over last 12 months |

⌃ See less

**1 other option**

**New**

$15⁹⁹

FREE delivery: **Dec 29 - Jan 4**

... More

Add to Cart

| | |
|---|---|
| Ships from | Bayfield Pet Supplies |
| Sold by | Bayfield Pet Supplies |
| | ★★★★☆ (8789 ratings) |
| | 92% positive over last 12 months |

**Didn't find what you were looking for?**    Page 1 of 3

Customers who viewed this item also viewed