IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02040-NRN

THE KONG COMPANY, LLC, a Colorado limited liability company,

Plaintiff,

v.

PICCARD MEDS FOR PETS CORP, a Florida corporation,
MARLON MARTINEZ, a natural person, and
JOHN DOES 1-10, individually or as corporate/business entities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Motion for Extension of Time to Complete Discovery and to Continue March 8, 2022 Status Conference (Dkt. #29) is GRANTED. Accordingly, the deadlines in the Scheduling Order are AMENDED as follows:

- Fact Discovery Cut-Off: June 25, 2022
- Designation of Affirmative Experts: July 22, 2022
- Designation of Rebuttal Experts: August 19, 2022
- Expert Discovery Cut-off: September 16, 2022
- Dispositive Motion Deadline: September 30, 2022

It is further ORDERED that the telephonic Status Conference set on March 8, 2022 at 11:00 a.m. is VACATED and RESET on June 7, 2022 at 9:30 a.m. The Court will set the Final Pretrial Conference at that time.

Date: March 7, 2022