**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-2040-NRN

THE KONG COMPANY, LLC, a Colorado limited liability company,

     Plaintiff,

v.

PICCARD MEDS FOR PETS CORP, a Florida corporation,
MARLON MARTINEZ, a natural person, and
JOHN DOES 1-10, individually or as corporate/business entities,

     Defendants.

## JOINT MOTION FOR EXTENSION OF FACT DISCOVERY CUTOFF BY 28 DAYS TO FACILITATE RESOLUTION BY SETTLEMENT

Plaintiff The Kong Company, LLC ("KONG") and Defendants Marlon Martinez and Piccard Meds for Pets Corp ("Defendants") (collectively with KONG, "the Parties"), through their respective undersigned counsel of record, jointly move the Court for an extension of the fact discovery cutoff by 28 days to facilitate settlement discussions between the Parties that are close to reaching a resolution.

On April 29, 2022, the Court granted in part a motion for partial summary judgment filed by KONG and held, among other things, that KONG is entitled to recover the attorneys' fees it has incurred in enforcing its claim for breach of contract. (Dkt. 31.) On June 7, 2022, the Court extended certain deadlines after holding a status conference and discussing KONG's remaining claims in the case. (Dkt. 33.) The court reset: (i) the fact discovery cutoff to September 9, 2022; (ii) the deadline to disclose affirmative experts to October 7, 2022; (iii) the deadline to disclose

rebuttal experts to October 28. 2022; (iv) the expert discovery cutoff to November 18, 2022; and (v) the dispositive motion deadline to December 2, 2022. (*Id.*) The Court also set a final pretrial conference on February 7, 2023. (*Id.*)

Since the Court reset case deadlines on June 7, the Parties have engaged in detailed settlement discussions. At the same time, KONG also served significant discovery on Defendants and noticed a deposition of Defendant Marlon Martinez. However, the deposition was intentionally scheduled to occur immediately before the close of fact discovery, so as to facilitate ongoing settlement discussions before the Parties incurred still more fees in the course of preparing for and conducting the deposition.

Although discussions are still ongoing, the Parties are close to reaching a settlement. However, because the settlement terms the Parties are negotiating include the submission of a stipulated proposed judgment and injunction, among other terms with numerous details, the Parties believe they will not be able to reach a final settlement before the close of fact discovery on September 9, 2022. The Parties accordingly request an extension of the fact discovery cutoff only, by 28 days, to allow sufficient time for the Parties to conclude their settlement discussions and close the case (should they reach a settlement) before KONG would otherwise have to take the deposition of Mr. Martinez. Additionally, as Mr. Martinez is also still in the process of gathering documents responsive to some of KONG's outstanding discovery requests (which will in turn be used in the course of Mr. Martinez's deposition should the parties be unable to reach a final settlement), the Parties believe that allowing a short extension of the fact discovery cutoff would be beneficial to all Parties and potentially help avoid the necessity of any intervention from the court in these or other discovery matters.

For all of these reasons, good cause exists for the Parties' requested extension because it will likely allow the Parties to consummate their settlement and close this case without having to incur fees and expenses regarding the deposition of Marlon Martinez or any other outstanding discovery matters. The Parties also do not seek an extension of any other case deadline or of the final pretrial conference that is scheduled for February 7, 2023, so granting the parties' request will not affect the case schedule or any other deadline.

WHEREFORE, should the foregoing meet with the Court's approval, the Parties respectfully request that the Court grant the Parties' motion and reset the fact discovery cutoff from September 9, 2022 to October 7, 2022.

Dated: September 7, 2022

Respectfully submitted,

*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer (Ohio Bar No. 0097210)
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
Phone: (513) 723-4093
Fax:    (513) 852-7811
Email:  dcwucherer@vorys.com

Martha L. Fitzgerald, #14078
Brownstein Hyatt Faber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: (303) 223-1472
Fax:    (303) 223-1111
Email: mfitzgerald@bhfs.com

*Counsel for Plaintiff The KONG Company, LLC*

*/s/ Michael J. Davis*
Michael J. Davis #44287
Davis Murray Law LLC
1001 Bannock Street, Ste. 133
Denver, CO 80204
Phone: (720) 361-6036
Fax:    (720) 368-5262
E-mail: mdavis@davismurraylaw.com

*Counsel for Defendants Piccard Meds For Pets Corp and Marlon Martinez*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court on September 7, 2022. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>   */s/ Daniel C.F. Wucherer*
>   Daniel C.F. Wucherer