IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02040-NRN

THE KONG COMPANY, LLC, a Colorado limited liability company,

Plaintiff,

v.

PICCARD MEDS FOR PETS CORP, a Florida corporation,
MARLON MARTINEZ, a natural person, and
JOHN DOES 1-10, individually or as corporate/business entities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Joint Motion for Extension of Fact Discovery Cutoff by 28 days to Facilitate Resolution by Settlement (Dkt. #34) is GRANTED. The Scheduling Order is AMENDED to reflect that the close of fact discovery is extended to October 7, 2022.

Date: September 7, 2022